IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VINCENT A. HARPER,

    Petitioner,

v.                                                     1:15cv2-WS/EMT

JULIE L. JONES,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S AMENDED PETITION
FOR WRIT OF HABEAS CORPUS

    Before the court is the magistrate judge's report and recommendation docketed December 16, 2015.  See Doc. 26.  The magistrate judge recommends that Vincent A. Harper's amended petition for writ of habeas corpus be DISMISSED.  Harper has filed objections (doc. 27) to the magistrate judge's report and recommendation.

    Upon review of the record in light of Harper's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 26) is adopted and incorporated by reference in this order of the court.

2. Harper's amended petition for writ of habeas corpus (doc. 16) is DISMISSED.

3. The clerk shall enter judgment stating: "Vincent A. Harper's amended petition for writ of habeas corpus is DISMISSED with prejudice as untimely."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this ___12th___ day of ___January___, 2016.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE